1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FABIAN KHAMO,                          No.  2:16-cv-1827-EFB P

12                    Plaintiff,

13          v.                               ORDER AND FINDINGS AND
                                             RECOMMENDATIONS
14    WARDEN OF CSP-SAC, et al.,

15                    Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  On August 12, 2016, the court ordered plaintiff to, within 30 days, submit either

19    the filing fee or the application to proceed in forma pauperis required by § 1915(a).  That order

20    warned plaintiff that failure to comply with the order would result in a recommendation of

21    dismissal.  The time for acting has passed and plaintiff has not submitted the filing fee or an

22    application for leave to proceed in forma pauperis.

23          Accordingly, it is hereby ORDERED that the Clerk randomly assign this case to a United

24    States District Judge.

25          Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

26          These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned

"Objections to Magistrate Judge's Findings and Recommendations."  Any response to the

objections shall be served and filed within fourteen days after service of the objections.  The

parties are advised that failure to file objections within the specified time may waive the right to

appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*

*v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  September 15, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE